

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

RUBEN FERNANDEZ, JR.,

§

No. 08-17-00217-CR

Appellant,

§

Appeal from the

v.

§

41st District Court

THE STATE OF TEXAS,

§

of El Paso County, Texas

State.

§

(TC# 20160D02348)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 21, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Daniel Robledo, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 21, 2018.

IT IS SO ORDERED this 21st day of May, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.